79927-02,03,04

To: Abel Acosta
From: Samuel P. Davis
Date: 12-30-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Mr. Acosta,

Im whiting in reference to my cases. (863886-866458-866459-860090.) Im trying to see if Harris County's Attorney's office has filed any type of motions for a extention or any kind of motion period. Cause I haven't been notified of any thing since the courts of appeals orders their orders on June 11, 2014. So if any thing has been filed or not could you please notify me of which. So that I can have a file and know how to go about my next letigated step. Thanks for your time and assistance.

Mr. Samuel P. Davis